IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE TESTORY, )<br>　　　　　　　　　　　　　　　　　　)<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　　　)<br>WAL-MART STORES, INC., )<br>　　　　　　　　　　　　　　　　　　)<br>　　Defendant. ) | Case No. 3:14-cv-886-MJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

On April 3, 2015, a discovery dispute conference was held in which Plaintiff and Defendant appeared by counsel.

The dispute centers on Plaintiff's medical records related to treatment he received at the Heartland Regional Medical Center ("Heartland RMC") in Marion, Illinois in 2014. Defendant issued a subpoena to Heartland RMC on February 5, 2015 seeking: "Any and all records regarding Lowell Bruce Testory . . . back, spine, hip, or other orthopedic injuries from 1/1/2004-Present." In response, Heartland RMC, through the Health Information Management Department, indicated that it was unable to comply because the records are confidential and that they require either a specific waiver or a court order. Plaintiff has indicated that he does not want to sign a waiver because he does not wish to disclose any medical condition unrelated to the accident and medical treatment that are at issue in this case.

In order the move these proceedings along and protect sensitive health information, the following is hereby **ORDERED**:

　　1. Heartland RMC is **ORDERED** to submit to the Court, in a sealed envelope for *in camera* inspection, the medical records of Lowell Bruce Testory, from April 10,

2011 to the present as described in the attached subpoena by **May 4, 2015**.[1]

2. The Court will review the medical records and determine whether any or all of the information is relevant to this matter.

3. The Clerk of Court is **DIRECTED** to mail a copy of this Order (along with the attachments thereto), by certified mail (return receipt requested) to:

Attn: Custodian of Medical Records
Heartland Regional Medical Center
3333 W. Deyoung St.
Marion, Ill 62959

**IT IS SO ORDERED.**

**DATED: April 16, 2015**

                                                                    *Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] The original subpoena requests medical records from January 1, 2004 to the present. The time period has been shortened by Defendants as indicated at the hearing.